**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Susan Kettlewell,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

No. CV-26-00340-TUC-RM

**ORDER**

Pending before the Court is Petitioner's Motion to Extend Time to File Reply, in which Petitioner requests a four-day extension of her deadline for filing a reply in support of her Petition for Habeas Corpus, to allow her additional time to investigate arguments advanced in Respondents' Answer. (Doc. 8.) Plaintiff avers that Respondents do not oppose the request. (*Id.*) Good cause appearing, and there being no objection,

**IT IS ORDERED** that the Motion (Doc. 8) is **granted**. Petitioner may file a reply in support of her Petition for Habeas Corpus on or before **July 21, 2026**.

Dated this 17th day of July, 2026.

Honorable Rosemary Márquez
United States District Judge