**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Susan Kettlewell, et al.,

Petitioners/Plaintiffs,

v.

Markwayne Mullin, et al.,

Respondents/Defendants.

No. CV-26-00340-TUC-RM

**ORDER**

Pending before the Court is Respondents/Defendants' Motion for Extension of Time to File Return and Answer (Doc. 16), in which Respondents/Defendants request a seven-day extension of their deadline for responding to Petitioners/Plaintiffs' Amended Petition for Writ of Habeas Corpus and Complaint (Doc. 14).[1] Respondents/Defendants aver that additional time is needed to prepare a substantive response, and they further aver that Petitioner does not oppose the requested extension. (Doc. 16.)

Good cause appearing, and there being no objection,

**IT IS ORDERED** that the Motion for Extension of Time (Doc. 16) is **granted**. Respondents/Defendants shall respond to the Amended Petition and Complaint on or before **August 18, 2026**.

. . . .

. . . .

. . . .

[1] Petitioners/Plaintiffs' Motion for Extension of Time to File Reply (Doc. 12) will be denied as moot in light of the filing of the Amended Petition.

**IT IS FURTHER ORDERED** that Petitioners/Plaintiffs' Motion for Extension of Time to File Reply (Doc. 12) is **denied as moot**.

Dated this 7th day of August, 2026.

Honorable Rosemary Márquez
United States District Judge