KEB

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Susan Kettlewell, et al.,

Petitioners/Plaintiffs,

v.

Markwayne Mullin, et al.,

Respondents/Defendants.

No. CV-26-00340-TUC-RM

**ORDER**

Pending before the Court is Petitioner's Motion to Extend Time to File Reply. (Doc. 19.) In the Motion, Petitioner requests an additional five-day extension of time to file a reply to Respondents' Response to the Amended Petition for Writ of Habeas Corpus in the above-captioned matter, to allow counsel additional time needed to investigate, do due diligence, and draft the reply. (*Id.*) Petitioner avers that Respondents do not oppose the extension request. (*Id.*)

Good cause appearing, and there being no objection,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED:**

(1) Plaintiff's Motion to Extend Time to File Reply (Doc. 19) is **granted**.

(2) Petitioner's reply in support of the Amended Petition for Writ of Habeas Corpus is due on or before **August 26, 2026**.

Dated this 20th day of August, 2026.

Honorable Rosemary Márquez
United States District Judge